IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 1:17-CR-28 (4) |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| DAMION LUJUAN HOLMES | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Defendant, Damion Lujuan Holmes, filed a *pro se Motion for Compassionate Release* pursuant to 18 U.S.C. § 3582 on September 3, 2020.  [Dkt. 312.]  Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 354], this motion was referred to United States Magistrate Judge Zack Hawthorn on February 28, 2024.  Judge Hawthorn issued a report with recommended findings of fact and conclusions of law stating that Holmes' motion should be denied.  [Dkt. 360.]

The Court has received and considered the report.  The parties have not filed objections to the report and recommendation, and the time for doing so has passed.  *See* 28 U.S.C. 636(b)(1). The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, the Report is ADOPTED, and Holmes' *pro se Motion for Compassionate Release* [dkt. 312] is DENIED.

**SIGNED this 14th day of May, 2024.**

Michael J. Truncale
United States District Judge